Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER              :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION          :
:
:
:
:
:
:
------------------------------------------------------------X
PATRICIA VILLA,                             :  07-CV-5326-AKH
:
            Plaintiff,                      :
                                            :  **NOTICE OF ADOPTION**
   - against -                              :  **OF ANSWER**
                                            :  **TO MASTER COMPLAINT**
100 CHURCH, LLC, *et al.*,                  :  **BY MERRILL LYNCH**
                                            :
            Defendants.                     :  **ELECTRONICALLY FILED**
:
------------------------------------------------------------X

PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH). To the extent that the Check-Off Complaint in this action alleges a relationship between 100 Church Street and Merrill Lynch, Merrill Lynch avers that it never reoccupied the

2

building at this location after September 11, 2001 and that it terminated all lease arrangements covering this location effective May 8, 2003.

      WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       September 14, 2007

DICKSTEIN SHAPIRO LLP

/s/ Judith R. Cohen_____
By: Robert J. Higgins (RH-6477)
    Judith R. Cohen (JC-8614)
    Kenneth H. Frenchman (KF-3635)
    1177 Avenue of the Americas
    New York, New York 10036
    Phone: (212) 277-6500
    Fax: (212) 277-6501
    *Attorneys for Defendant*
    MERRILL LYNCH & CO., INC.